IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DANYELLE BENNETT,                    )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )   NO. 3:17-cv-00630
                                     )
METROPOLITAN GOVERNMENT OF           )   JUDGE RICHARDSON
NASHVILLE AND DAVIDSON               )
COUNTY,                              )
                                     )
          Defendant.                 )
                                     )

## SPECIAL VERDICT FORM

We, the jury, find as follows:

1. **Was Plaintiff's Facebook comment reasonably likely to impair discipline by superiors at the Emergency Communication Center?**

   _____ **Yes**              $\checkmark$ **No**

2. **Was Plaintiff's Facebook comment reasonably likely to have a detrimental impact on close working relationships at the Emergency Communication Center?**

   $\checkmark$ **Yes**              _____ **No**

3. **Was Plaintiff's Facebook comment reasonably likely to impede the performance of Plaintiff's duties at the Emergency Communication Center?**

   _____ **Yes**              $\checkmark$ **No**

4. **Was Plaintiff's Facebook comment reasonably likely to interfere with the orderly operation of the Emergency Communication Center?**

_____ Yes          ✓ No

5. **Was Plaintiff's Facebook comment reasonably likely to undermine the mission of the Emergency Communication Center?**

✓ Yes          _____ No

6. **For what reason or reasons did Defendant terminate Plaintiff? (Check ALL that apply. If you conclude that Defendant had any additional reason or reasons for Plaintiff's termination, please indicate those reasons in the portion marked "Other.").**

☐ **For expressing her views regarding the outcome of a national election on Facebook**

☑ **For using the term "niggaz" when expressing her views regarding the outcome of a national election on Facebook**

☐ **For lack of accountability. If so, please describe what it was for which Metro claims Plaintiff was not accountable:**

_____

☐ **For the workplace disruption her Facebook comment caused**

**Other:** Because the box we checked above violated Charge 1, 2, and 3 of Plaintiff's termination letter.

## SIGN AND DATE THE VERDICT FORM

—

—

2